IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:26-cv-00050-FL

| | | |
|---|---|---|
| ASHLEY ILENE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD LOUNGE, LLC and MAMBO LOUNGE, LLC d/b/a GOLD LOUNGE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ENTRY OF DEFAULT** |

**THIS MATTER** is before the Court on Plaintiffs' Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Upon review of the Motion and the supporting Declaration, and it appearing that Defendants Gold Lounge, LLC and Mambo Lounge, LLC d/b/a Gold Lounge have failed to plead or otherwise defend within the time required by law,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Default is **GRANTED**, and the Clerk is **DIRECTED** to enter default against Defendants Gold Lounge, LLC and Mambo Lounge, LLC d/b/a Gold Lounge.

**SO ORDERED**.

Dated this 14 day of July, 2026.

Peter A. Moore, Jr.
Clerk of Court