IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:26-cv-00050-FL

| | |
|---|---|
| ASHLEY ILENE, CLAUDIA SAMPEDRO, GALLIENNE NABILA, JESSICA HINTON a/k/a JESSA HINTON, JESSICA "CHARM" KILLINGS, ROSA ACOSTA, STEPHANIE RAO, TIFFANY KELLER, TIFFANY GRAY a/k/a TIFFANY TOTH, YARIS SANCHEZ and YODIT YEMANE a/k/a JODIE JOE,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD LOUNGE, LLC and MAMBO LOUNGE, LLC d/b/a GOLD LOUNGE,<br><br>Defendants. | **DEFAULT JUDGMENT** |

The Defendants Gold Lounge, LLC and Mambo Lounge, LLC d/b/a Gold Lounge (collectively "Defendants") having failed to plead or otherwise defend this action, and default having therefore been entered; upon application of plaintiffs Ashley Ilene, Claudia Sampedro, Gallienne Nabila, Jessica Hinton a/k/a Jessa Hinton, Jessica "Charm" Killings, Rosa Acosta, Stephanie Rao, Tiffany Keller, Tiffany Gray a/k/a Tiffany Toth, Yaris Sanchez and Yodit Yemane a/k/a Jodie Joe (collectively, "Plaintiffs"), and upon declaration that the Defendants are indebted to Plaintiffs in the principal sum of two hundred and ninety-five thousand dollars ($295,000.00), plus Plaintiffs' costs and fees, plus interest thereon; that Defendants have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby:

ORDERED, ADJUDGED and DECREED that Plaintiffs recover from Defendants,

jointly and severally, the principal sum of $295,000.00, plus Plaintiffs' costs and attorney's fees incurred prosecuting this action and interest thereon according to law from the date of this judgment until the entire amount is paid; and it is further,

ORDERED, ADJUDGED and DECREED that Defendants are permanently enjoined from using any Images from Plaintiffs in their advertising, including without limitation those Images annexed to the Complaint.

This judgment is entered by the Clerk at the request of Plaintiffs and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure

Dated: 10/19/26

Louise W. Flanagan

Louise Wood Flanagan
United States District Judge